# EXHIBIT C



# EARLY DISPUTE RESOLUTION
# PROGRAM ELECTION FORM



## RETURN THIS FORM ONLY IF EXCLUDING YOURSELF FROM PARTICIPATION IN THE BENEFITS OF ARBITRATION UNDER SOLUTIONS INSTORE

Macy's, Inc. is pleased to provide our employees the unique benefit of Solutions InSTORE. Solutions InSTORE is our 4-Step early dispute resolution program. It's here for any and all disputes you may have concerning your employment. It provides many opportunities to resolve almost any type of workplace dispute – large or small. Solutions InSTORE is about early resolution, so we can preserve our work relationships and you can enjoy the kind of work environment that supports success.

You are covered by all 4 Steps of the program when you take or continue a job with us. That means that if you have any concerns or claims about working here, Solutions InSTORE is the way to get them resolved. Most disputes are resolved early in the program. In the rare case a concern is not resolved after three review opportunities, Step 4 – Arbitration is available. Issues at Step 4 are resolved by a professional from the American Arbitration Association in an arbitration process, rather than by a judge or jury in a court process.

It is important to review the entire Solutions InSTORE program brochure and Plan Document. These materials came with this form. They describe the features of the program, including its benefits and tradeoffs. They also describe what you need to do if you prefer not to be covered by Step 4 – Arbitration. You can also get information about the program from **www.employeeconnection.net/solutionsinstore**, your local human resources representative, or by calling the Office of Solutions InSTORE toll free at 866-285-6689.

During the 30 days following your hire date, you have the option to exclude yourself from being covered by Step 4 – Arbitration and its benefits. The choice you make will stay in effect for the entire duration of your employment and afterwards. This form serves as an election form if you choose not to be covered by Arbitration. Whether to stay covered by or exclude yourself from Step 4 is your own decision. You should read all information, including the program brochure, the Plan document, and this form, carefully.

Complete and return this form **ONLY IF YOU DO NOT WANT TO BE COVERED BY THE BENEFITS OF ARBITRATION UNDER SOLUTIONS INSTORE**. *In this case, your completed form must be returned to the Office of Solutions InSTORE and postmarked no later than 30 days from your hire date.* Si le gustaría tener este formulario en español, favor de llamar el numero 1-866-285-6689.

Please CLEARLY print all requested information.

Full Name _____

Social Security Number _____

Address _____

Home Phone Number (____) _____

City _____ State _____ Zip _____

Employee ID Number _____

Division Name _____

Store/Work Location Name _____

[  ] I Decline Step 4 – Arbitration.
I have read all the information about Solutions InSTORE and I elect NOT to stay covered by Arbitration.

AUTHORIZATION *I have read and understand the program information. I voluntarily agree that I am waiving the ability to participate in Step 4 of the Solutions InSTORE program. Please keep a copy of this form.*

I _____ on _____ understand that my election as of this date is binding for the
(Associate Signature)          (Date)
duration of my employment with Macy's, Inc. and after my employment ends.

**If declining to be covered by Step 4 - Arbitration, return your form to:**
**Solutions InSTORE**
**P.O. Box 8083**
**Mason, OH 45040-9853**

# EXHIBIT D

# FAST • CONFIDENTIAL • FAIR

## Workplace Concern?
## We Can Help

# Solutions InSTORE
# 1-866-285-6689

Macy's, Inc. cares about its people. We know that from time to time Associates can have problems at work and that even routine differences can get bigger when there are no resources to help solve them. The Solutions InSTORE Program is a great place to start when you don't know where else to turn. The Program consists of four steps.

**Step 1: Open Door**
An informal way to discuss your concern with your supervisor or any other member of your local management team (e.g., store or facility Manager, or an HR Representative).



**Step 2: Office of a Senior Human Resources Executive**
For most issues the Open Door offers solutions. But if the solutions don't work for you, proceed to Step 2. To move to Step 2, send a written request detailing your situation to:

Macy's
Manager of Step 2 Claims
P.O. Box 5355
Cincinnati, Ohio 45201-5355

Your claim will be reviewed by an HR professional who was not previously involved in your Step 1 – Open Door decision.

**Step 3: Request for Reconsideration**
A formal review of eligible claims using one of the following two features:

- Peer Panel: A panel of people in similar positions to you ("peers") within your region or division, or
- Office of Solutions InSTORE: An Employee Relations professional from Macy's, Inc.'s Office of Solutions InSTORE.

**Step 4: Arbitration**
A formal review of your complaint, similar to a court proceeding, but decided by an "arbitrator" who is an independent contractor of the American Arbitration Association (AAA), not the Company.





07/11

# EXHIBIT E

Welcome to Macy's, Inc. This form acknowledges that you have been given information about a unique employee benefit: The Solutions InSTORE early dispute resolution program. This document will be placed in your personnel file.

**Solutions InSTORE New Hire Acknowledgement**

I have received a copy of the Solutions InSTORE brochure and Plan Document and acknowledge that I have been instructed to review this material carefully. I understand that I have thirty (30) days from my date of hire to review this information and postmark my election form to the Office of Solutions InSTORE if I wish to opt out of Step 4, the final step of the Company's early dispute resolution program, Solutions InSTORE, which is final and binding arbitration.  I understand that I will be automatically enrolled in the program and subject to final and binding arbitration from my date of hire unless, within thirty (30) days of my date of hire, I take the steps required to opt out of Step 4 - Arbitration.  If I work in the state of Nevada, I understand that an election form must be completed and returned to either include or exclude myself from Step 4 – Arbitration.  I understand that if I have previously been employed by any part or division of Macy's, Inc. within the last sixty (60) days, my prior decision about being covered by Step 4 – Arbitration, will continue to apply.

I understand that certain claims, including but not limited to claims for state unemployment insurance, workers compensation and/or claims under the National Labor Relations Act, are not subject to Step 4 – Arbitration and that nothing in the Solutions InSTORE program prohibits me from filing at any time a charge or complaint with a government agency, including but not limited to the Equal Employment Opportunity Commission, Department of Labor, and/or National Labor Relations Board.  I understand that I should consult the Plan Document for further information on claims not subject to arbitration.

I know I can get more information about Solutions InSTORE, or another copy of the Plan Document, from:
• **www.employeeconnnection.net, Benefits tab, Solutions InSTORE**;
• my Human Resources Representative;
• the Office of Solutions InSTORE, Macy's, Inc., 7 West 7th Street, Cincinnati, OH 45202, Solutions.instore@macys.com, phone (866) 285-6689, fax (513) 562-6720.

I understand that if I do not opt out of this program, any disputes or claims relating to my employment, other than those expressly excluded from

arbitration in the Plan document, will be resolved using the Solutions InSTORE process described in the brochure and Plan Document. The process continues to apply to such employment-related disputes even after my employment ends.

I understand that disputes filed under Step 4 are resolved by a professional not affiliated with Macy's, Inc. in an arbitration proceeding, instead of by a judge or jury in a court proceeding. I can read all about Solutions InSTORE, including the benefits and tradeoffs of Step 4, in the brochure and Plan Document.

Except as noted above for Nevada locations, I understand that if I do not wish to be covered by Step 4, Arbitration, the only way to notify the Company about my choice is by postmarking my election form within 30 days of hire and mailing it to the Office of Solutions InSTORE. My decision is kept confidential and will not affect my job.

Associates covered under a collective bargaining agreement are not automatically eligible to participate in the Solutions InSTORE program. For employees who move in and out of a collective bargaining unit during a period of continuous employment, their original election made under the program will continue to apply during periods of eligibility.

Please note, as of June 1, 2007, "Federated Department Stores, Inc." changed its name to "Macy's, Inc." As a result, all references to "Federated Department Stores", "Federated", or "FDS" in all Solutions InSTORE materials, including but not limited to the Program Brochure, Plan Document, and Election Form, should be replaced with "Macy's, Inc."

# ELECTRONIC SIGNATURE

**SSN:** ███-██-2688

**Name:** Yulie A Narez

**Division:** 71

**Location:** 71361

**Form Name:** Solutions InSTORE

**Date Completed:** 11/23/2013 6:54:49 PM

| eSignature Element String |
| --- |
| REDACTED **2688050893906** |

 

# EXHIBIT F

**SOLUTIONS IN-STORE – MACY'S NEW HIRE 2007**                              **1**

[music, title:  Solutions In-Store]


[title:  Early Resolution – Positive Workplace]


Terry Lundgren:  We know that our business depends on our people.  We know that hiring and retaining men and women with positive attitudes, cooperative spirits and strong values is key to our success.  That's why we work very hard to maintain a friendly and productive workplace, one that promotes respect, fairness and strong work relationships; the kind of environment we know successful associates want and need.  And our efforts have been well worth it.  We have a great place to work with smart, interesting people.  But, this is real life – no matter how much effort we make, we're not perfect.  We don't agree all the time, and sometimes, we have problems that require help.  For this reason, we've developed a program called Solutions In-Store.  It's a four-step process designed to help resolve work-related conflicts quickly and fairly.  It builds on our current open-door policy by giving us more ways to settle differences – even the most serious matters, such as termination or discrimination.


[music; title again]


Voiceover [over graphics and video montages]:  Early Resolutions – Positive Workplace, that's what Solutions In-Store is all about.  This special program

**SOLUTIONS IN-STORE – MACY'S NEW HIRE 2007**                                                    **2**

offers us a number of quick and effective ways to resolve problems at work.
Let's take a quick look at two of the most informal ways to resolve issues.  We
begin with the Open Door – and it means just that, and more.  When you have
a problem, big or small, the door to your supervisor or other member of your
local management team is always open.  We encourage everyone to use the
Open Door.  You simply talk through the matter with your supervisor, or if you
prefer, another local manager.  Most disputes are and will continue to be
successfully resolved through the Open Door, because the people involved are
the closest to the situation and often know how best to solve the problem.


Voiceover [graphics illustrate as she speaks]:  But, if you're not satisfied with
the response, you have 30 days to decide whether or not to take your dispute
to the next level, Office of Your Senior Human Resources Management.
Though a review is still within your division, it involves the highest level of
Human Resources.  You begin by explaining your situation to your Senior Vice
President of HR.  You tell us what your dispute is about and what you think
the solution should be.  An executive from this office investigates the matter
and gives you a response, first verbally, and then confirmed in writing.  Again,
most problems, whether big or small, are successfully resolved in the early
parts of the process.  But, it's possible that an employee may not be satisfied,
and particularly in serious cases, where an employee has entered into the final

**SOLUTIONS IN-STORE – MACY'S NEW HIRE 2007**                               **3**

phase of written commitment to change or improve a performance issue or a

termination that doesn't seem fair, an ongoing problem can disrupt the lives of

everyone involved.  So, the last two levels of the program are reserved for

settling these more serious matters, without the time, energy and expense

required through the courts.  Here's how they work:  Step Three is called a

Request for Reconsideration.  It's special because, depending on the nature of

your concern, you get a choice about how your case is reviewed.  In all cases,

you have the option to have your concern reviewed by an executive of the Office

of Solutions In-Store.  In many cases, you may choose instead a peer panel to

hear your concern.  The peer panel is made up of coworkers much like you, in

similar jobs, which make them uniquely qualified to understand your dispute.

People volunteer to sit on panels, and then undergo special training so they

can effectively hear and make a decision about the dispute.  You simply

present your case to the peer panel that acts much like a jury, listening to all

the facts and then taking a vote.  The other choice in Step Three is to have your

case reviewed by an executive in the Office of Solutions In-Store, which is

located in Cincinnati, Ohio.  In this situation, an employee relations

professional from the Macy's Corporate Office will review your case, gather

information, and make a decision in writing.  Regardless which review process

you choose, and whatever the decision – even if it's reinstatement for a

termination – the company will abide by it.  We're very confident of the

Solutions In-Store program, and expect most people who use it will reach a

**SOLUTIONS IN-STORE – MACY'S NEW HIRE 2007**                                    **4**

successful resolution by this point in the process.  However, if you're not
satisfied, you can take advantage of the final and most formal level of Solutions
In-Store, called arbitration.  This gives you access to a member of the American
Arbitration Association, a non-profit, neutral organization specializing in
helping people resolve disputes quickly and fairly.  Your arbitrator acts much
like a judge; that is, listening to each side, reviewing evidence, and making a
decision that's final and binding for everyone.  And just like a courtroom judge,
the arbitrator can award monetary damages, including punitive damages or
reinstatement.  Decisions are final and binding for both sides.  The costs
involved with arbitration are much less than those associated with a normal
court case, and you're only responsible for a small percentage of these costs.
Plus, if the arbitrator sides with you, the company pays it all.  You may want to
consult an attorney, or even bring one with you to arbitration.  If you do, the
company will pay up to $2,500 per rolling calendar year of your legal fees, no
matter what the outcome of the case.  However, if you decide not to bring an
attorney, neither will the company.  Arbitration is designed to provide the
fairness and awards offered in a courtroom, without the lengthy time and
significant cost.  Throughout the entire Solutions In-Store process, it's
important to know that your privacy and confidentiality are protected.  All
information related to your claim is accessed on a strictly business need-to-
know basis.  All employees enjoy the benefits of the first three steps of
Solutions In-Store.  The fourth step, arbitration, will be provided to you, unless

**SOLUTIONS IN-STORE – MACY'S NEW HIRE 2007**                              **5**

you elect not to receive this benefit by making that choice on the Solutions In-Store election form.  Materials about the Solutions In-Store program, and an election form, will be provided to you for your review.  If you have any questions about the program or this election opportunity, we encourage you to speak with a Human Resources representative, or contact the Office of Solutions In-Store.

[music]

Terry Lundgren:  We have a special community, and any time you have a problem at work, it matters.  You deserve respect, attention and a clear, unbiased process to help resolve your problems quickly and fairly.  That's why we have Solutions In-Store – it's one more way to build a friendly and productive workplace, the kind of place that makes you feel good about yourself and those around you, the kind of place worthy of your valuable time and energy, the kind of place you want to be.

[title]

[end of recording]

# EXHIBIT G

New Window | Help | http

## Student Training Summary

Yulie Narez                                          **Person ID:**          10593629

### Training Summary

Customize | Find | View 11 |          First ◄ **1-31 of 31** ► Last

| Session | Status |
|---------|--------|

| Course | Title | Session # | Course Start Date | Course End Date |
|--------|-------|-----------|-------------------|-----------------|
| S10091 | MAGIC: Client Relationships | | 08/11/2015 | 08/11/2015 |
| PD1011 | Hazard Communication ENG | | 05/19/2015 | 05/19/2015 |
| PD1037 | Hazardous Waste | | 05/19/2015 | 05/19/2015 |
| S10200 | Active Shooter | | 05/19/2015 | 05/19/2015 |
| S40042 | Be a Safer Star Annual Quiz En | | 05/19/2015 | 05/19/2015 |
| S40145 | Fair and Equal Treatment | | 05/19/2015 | 05/19/2015 |
| S40148 | Plenti/USL Loyalty Program | | 04/29/2015 | 04/29/2015 |
| S40140 | Fulfillment@POS | | 04/28/2015 | 04/28/2015 |
| S40101 | MAGIC Spring Refresher | | 03/22/2015 | 03/22/2015 |
| S10090 | MAGIC Fall Refresher | | 08/13/2014 | 08/13/2014 |
| S10200 | Active Shooter | | 05/15/2014 | 05/15/2014 |
| S40042 | Be a Safer Star Annual Quiz En | | 05/15/2014 | 05/15/2014 |
| S40101 | MAGIC Spring Refresher | | 03/25/2014 | 03/25/2014 |
| PD1013 | Safer Workplace - ENG | | 01/14/2014 | 01/14/2014 |
| PD0070 | Diversity In The Workplace-CBT | | 01/06/2014 | 01/06/2014 |
| S10093 | New Hire Orientation | | 01/06/2014 | 01/06/2014 |
| S10144 | New Associate MAGIC CBT | | 01/06/2014 | 01/06/2014 |
| S10047 | Point of Sale SMART | | 11/26/2013 | 11/26/2013 |
| PD1011 | Hazard Communication ENG | | 11/23/2013 | 11/23/2013 |
| PD1037 | Hazardous Waste | | 11/23/2013 | 11/23/2013 |
| S10076 | Credit & Loyalty Prog (ENG) | | 11/23/2013 | 11/23/2013 |
| S10100 | MyClient Associate CBT | | 11/23/2013 | 11/23/2013 |
| S10120 | Intro to MySchedule Plus (ENG) | | 11/23/2013 | 11/23/2013 |
| S10122 | Putting It Together MSP (ENG) | | 11/23/2013 | 11/23/2013 |
| S10124 | Group Benefits-MSP (ENG) | | 11/23/2013 | 11/23/2013 |
| S10126 | Recovery (ENG) | | 11/23/2013 | 11/23/2013 |
| S10128 | Solutions InSTORE | | 11/23/2013 | 11/23/2013 |
| S10144 | New Associate MAGIC CBT | | 11/23/2013 | 11/23/2013 |
| S40103 | Mobile POS iPod Touch | | 11/23/2013 | 11/23/2013 |
| S40107 | Trouble with Cards | | 11/23/2013 | 11/23/2013 |
| S40109 | Loss Prevention Orientation | | 11/23/2013 | 11/23/2013 |

 Return to Search    Notify