SHIRLEY D. DEUTSCH, Bar No. 76230
SCHWARTZ & DEUTSCH, LLP
333 South Hope Street, 35th Floor
Los Angeles, California 90071
Tel: (213) 236-9400
Fax: (213) 236-9499
Email: deutsch@sdllp.net

Attorney for Defendant
MACY'S WEST STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YULIE NAREZ, as an individual and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>MACY'S WEST STORES, INC. DBA MACY'S, an Ohio corporation; and DOES 1 - 50, inclusive,<br><br>        Defendants. | Case No.:  5:16-cv-00936-LHK<br><br>**DECLARATION OF RAGUNATHAN VEERARAGHAVAN IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

I, Ragunathan Veeraraghavan, hereby declare:

1.    I submit this declaration in support of Defendant Macy's West Stores, Inc.'s ("Macy's") Motion to Compel Arbitration and Stay Civil Proceedings.  I am over the age of eighteen years, and am competent to testify herein based upon my personal knowledge. If called as a witness, I could and would competently testify to these facts.

2.    I am employed as Director of Insite, Analytics and Operations for Macy's Systems and Technology ("MST").  MST is the

information technology division of Macy's, Inc.   MST designs IT solutions and systems for every facet of retail, including online form applications for new employees, point-of-sale applications at the stores, merchant systems, and e-commerce.

3.   One of my job duties includes overseeing the management of the online forms that all new employees are and were required to complete and/or acknowledge prior to beginning work at Macy's in each of its subsidiaries, including Macy's Corporate Services, Inc. and its unincorporated division, Macy's Logistics and Operations. The procedures and computer applications described in this declaration applied to employees hired by Macy's subsidiaries and divisions in 2013.

4.   A candidate who has been offered a job must complete certain online forms before he can begin working for Macy's, such as the I-9 form, the W-4 form, an associate discount form, etc. One of the online forms is the Solutions InSTORE New Hire Acknowledgement.   A true and correct copy of an exemplar of a Solutions InSTORE New Hire Acknowledgement is attached hereto as **Exhibit A**. Please note that this is solely an example of a Solutions InSTORE New Hire Acknowledgement. Macy's has used different versions of this form over time but a copy of the particular version viewed by the employee is saved to the Online Forms system along with the employee's electronic signature (see

**Exhibit G** for the version viewed by Yulie Narez).

5.    To access the online forms, the new employee must enter his Social Security Number, date of birth, and zip code in the appropriate fields on the Online Forms Login screen and then click "submit." A true and correct copy of an exemplar of the Login screen is attached as **Exhibit B**.

6.    After he enters the above information and clicks "submit," the employee sees the Online Forms Main Menu screen. This screen lists all of the forms that the employee is required to complete for employment. Included among those forms is the Solutions InSTORE New Hire Acknowledgement.    A true and correct copy of an exemplar of the Online Forms Main Menu screen is attached hereto as **Exhibit C**.

7.    As **Exhibit C** reflects, once the employee clicks the "Fill in Form" link next to Solutions InSTORE, the next screen that the employee will see is the Solutions InSTORE New Hire Acknowledgement.

8.    By clicking on the "I Certify" link at the bottom of the page, the employee certifies, among other things, that he understands that he has 30 days from his date of hire to review the Solutions InSTORE information and postmark his opt-out Election Form to the Office of Solutions InSTORE if he does not wish to agree to Step 4-Arbitration. The employee also certifies that

additional information about Solutions InSTORE is available from the following sources: (1) www.employeeconnection.net; (2) Human Resources; and (3) the Office of Solutions InSTORE. See **Exhibit A**.

9.    Once the employee clicks the "I Certify" link at the bottom of the page, a dialogue box appears requesting that the employee electronically sign the Solutions InSTORE New Hire Acknowledgement. To electronically sign the form, the employee must enter his Social Security Number, month and day of birth, and zip code in the appropriate fields and then click the "Continue" link in the electronic signature dialogue box. A true and correct copy of an exemplar of the electronic signature dialogue box that appears after selecting "I certify" is attached hereto as **Exhibit D**.

10.    The information entered in the fields of the electronic signature dialogue box is then compared against the user's session values (i.e., the information entered to Login) to make sure that Social Security Numbers match.  If the Social Security Numbers do not match, the user is prompted to re-enter his personal information.  After five invalid attempts, the account is locked and the session is terminated.  If the Social Security Numbers do match, the database is then queried to ensure that the zip code also matches.  If they match, the application saves these fields along with all the other form fields to a database record in an XML

format.

11.  Once the application saves the electronic signature, a dialogue box appears stating: "Your changes have been saved successfully." This means that the employee's electronic signature data was successfully saved to the database.  A true and correct copy of an exemplar of the dialogue box acknowledging that the electronic signature was saved is attached hereto as **Exhibit E**.  In addition, the status of the Solutions InSTORE New Hire Online Acknowledgement on the Online Forms Menu is updated to "Complete." A true and correct copy of an exemplar reflecting the status change is attached hereto as **Exhibit F**.

12.  Only a select few Online Form Administrators have access to the electronic signature database.  Individual electronic signatures are accessed only when that information becomes relevant to handling an employee's claim.

13.  I accessed the electronic signature database to determine whether Yulie Narez had electronically signed the Solutions InSTORE New Hire Acknowledgement. Attached hereto as **Exhibit G** is a true and correct copy of Ms. Narez's Solutions InSTORE New Hire Acknowledgement and electronic signature.  As **Exhibit G** reflects, Ms. Narez electronically signed the Solutions InSTORE New Hire Acknowledgement on November 23, 2013 at 6:54:49 p.m.  The computer

1   server on which this information resides is located in Georgia and
2   thus records time based on the time zone in which it is located -
3   the Eastern Standard time zone.

4
5       14.   Ms.   Narez   also   acknowledged,   completed,   and/or
6   electronically signed the following online forms: (1) Employee
7   Information and EEO; (2) Job Offer Checklist; (3) Associate
8   Handbook; (4) California Wage Notice and Acknowledgement; (5) Code
9   of Conduct; (6) Form I-9 Employment Eligibility Verification; (7)
10  Form W-4; (8) New Health Insurance Marketplace Coverage Options and
11  Your Health Coverage form; (9) Solutions InSTORE New Hire
12  Acknowledgement; (10) Travel Accident Insurance; (11) United Way
13  Pledge; (12) W-2 Online Enrollment; (13) Go Paperless; (14)
14  Universal Associate Discount Information; (15) FTC Textile Act,
15  Rayon from Bamboo, and Beyond; and (16) Direct Deposit
16  Authorization.   Ms.   Narez   acknowledged,   completed,   and/or
17  electronically signed all of those online forms on November 23,
18  2013. According to time stamps, Ms. Narez electronically signed the
19  Solutions InSTORE New Hire Acknowledgement between the completion
20  of her New Health Insurance Marketplace Coverage Options form and
21  her Travel Accident Form. Attached hereto collectively as **Exhibit H**
22  are true and accurate copies of the online forms acknowledged,
23  completed, and/or electronically signed by Ms. Narez on November
24  23, 2013. The forms have been redacted to remove Ms. Narez's Social
25  Security Number, financial information, day and month of birth, and
26  other confidential information for privacy reasons.

27      15.   I am a duly authorized custodian of the attached business

28

records of Macy's. Macy's maintains the attached records as part of its regular business practices. All of the documents were completed and compiled in the ordinary course of business at or near the time of the acts, conditions, or events recorded by persons with knowledge. Macy's relies on the trustworthiness of these documents in the discharge of its duties and responsibilities pertaining to its employee population. The attached exhibits are true and correct copies of the documents maintained by Macy's.

I declare under penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct.

Executed this $30^{lk}$ day of April, 2016 at Johns Creek Georgia.

_____
Ragunathan Veeraraghavan