UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YULIE NAREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MACY'S WEST STORES, INC.,<br><br>    Defendant. | Case No. 16-CV-00936-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Larry Lee
Defendant's Attorney: Shirley Deutsch

  An initial case management conference was held on May 11, 2016. A further case management conference is set for August 4, 2016 at 1:30 p.m. The parties shall file their joint case management statement by July 28, 2016.

  The parties shall exchange initial disclosures by May 20, 2016. There will be no stay of discovery.

  The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Further Case Management Conference | August 4, 2016 at 1:30 p.m. |
| Last Day to Amend the Pleadings/Add Parties | October 14, 2016 |

1

Case No. 16-CV-00936-LHK
CASE MANAGEMENT ORDER

| Last Day to File Motion for Class Certification | Motion: April 6, 2017<br>Opposition: April 27, 2017<br>Reply: May 11, 2017 |
|---|---|
| Class Certification Hearing | June 1, 2017 at 1:30 p.m. |
| Close of Fact Discovery | October 13, 2017 |

**IT IS SO ORDERED.**

Dated: May 11, 2016

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

2

Case No. 16-CV-00936-LHK
CASE MANAGEMENT ORDER